# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:04CR100-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ISAAC EUGENE ASBURY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion To Suppress and Memorandum of Law" filed September 28, 2005. Before a hearing is scheduled on Defendant's motion, counsel will be required to meet <u>in person</u> to discuss their respective positions, including the possibility of a mutually acceptable plea agreement. Thereafter, unless Defendant explicitly withdraws his motion, the undersigned will require a written response from the Government.

**NOW THEREFORE,** in the interest of the fair and efficient administration of justice:

1. Counsel shall meet <u>in person</u> **on or before Friday, October 21, 2005,** to discuss their respective positions--both regarding a fair and appropriate disposition of the charges generally, and regarding Defendant's Motion To Suppress in particular.

2. Unless Defendant has withdrawn his Motion to Suppress **on or before Thursday, October 27, 2005,** the Assistant U.S. Attorney handling this case (Richard S. Glaser) shall file a written

response to Defendant's motion on or before that date.  <u>In addition to filing, a copy of the Government's response shall be hand-delivered to the chambers of the undersigned the same day it is filed</u>.

3.  If the "Motion to Suppress" is <u>not</u> withdrawn, a hearing shall be held thereon on **Thursday, November 3, 2005, at 10:00 a.m.**, in the U.S. Magistrate Judge's Courtroom, First Floor, U.S. Courthouse, 401 W. Trade Street, Charlotte, N.C.

4.  The Clerk is directed to send a copy of this Order to defense counsel; AUSA Glaser; <u>and to the Honorable Graham C. Mullen</u>.

**SO ORDERED.**

**Signed: September 29, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge