FILED
CHARLOTTE, N. C.

MAR 1 4 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04 CR 100-MU |
|---|---|---|
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| (01) ISAAC EUGENE ASBURY | ) | |

Leave of Court is hereby granted for the dismissal of the Second Superseding Bill of Indictment in the above-captioned case, as it applies to Isaac Eugene Asbury only, without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

This 14th day of March, 2006.

*[signature]*

GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE